ACCEPTED
48170
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/13/2015 2:42:50 PM
CHRISTOPHER PRINE
CLERK

Filed for Record
11/13/2015 2:42 PM
Rhonda Barchak, District Clerk
Brazoria County, Texas
48170
Jennifer Torres, Deputy

## NO. <u>48170</u>

| | | |
|---|---|---|
| WILMA REYNOLDS | § | IN THE DISTRICT COURT |
| | § | |
| AND | § | 300th JUDICIAL DISTRICT |
| | § | |
| | § | |
| DAVID REYNOLDS | § | BRAZORIA COUNTY, TEXAS |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/13/2015 2:42:50 PM
CHRISTOPHER A. PRINE
Clerk

### NOTICE OF APPEAL
### <u>POST-DIVORCE DIVISION OF PROPERTY</u>

This Notice of Appeal is filed by Wilma Reynolds, Petitioner, a party to this proceeding who seeks to alter the trial court's Post-Divorce Division of Property judgment or other appealable order.   *See* Exhibit A attached.

1.    The trial court, cause number, and style of this case are shown in the caption above.

2.    The final summary judgment order was signed on Nov. 12, 2015. Wilma Reynolds desires to appeal from all portions of this final judgment.

3.    The discovery order appealed from was signed on Nov. 12, 2015. Wilma Reynolds desires to appeal from all portions of this discovery order.

4.    The protection order appealed from was signed on Nov. 12, 2015. Wilma Reynolds desires to appeal from all potions of this protection order.

5.    This appeal is being taken to the Fourteenth Court of Appeals.

Respectfully submitted,

By: /s/Carl W. Gordon
      Carl W. Gordon, Esq.
      Texas Bar No. 24047659
      THE GORDON LAW FIRM
      5177 Richmond Avenue, Suite 740
      Houston, Texas 77056
      Tel.   (713) 597-5500
      Fax.   (713) 636-2565
      Attorney for Wilma Reynolds

## CERTIFICATE OF SERVICE

I certify that on November 13, 2015 a true and correct copy of the foregoing instrument was served in accordance with TRCP on opposing counsel.

/s/ Carl W. Gordon
Carl W. Gordon, Esq.
Attorney for Wilma Reynolds